UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24208-RAR

**OSCAR HERRERA**,

    Plaintiff,

v.

**GRNA HK OF FL LLC**,
*a Florida limited liability company*,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court for a telephonic status conference on November 21, 2024, [ECF No. 11], during which the parties informed the Court that they are amenable to resolving this matter and would welcome additional time to engage in settlement negotiations. Accordingly, the Court, having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a status report or the appropriate dismissal documents **on or before January 21, 2025**.

2. If the parties reach an impasse, either party may move to reopen the case and restore it to the active docket.

3. The Clerk shall **CLOSE** this case for administrative purposes only.

4. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**